# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| DENISE LODGE | ) Case No. 4:23-CR-159-MWB |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DENISE LODGE                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy (18:371), et al


Date:   06/13/2023

                                                           *s/ Nicole R. Reynolds*
                                                           *Issuing officer's signature*

City and state:   Williamsport, Pennsylvania            Peter J. Welsh, Clerk by N. Reynolds, deputy
                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                           *Arresting officer's signature*

                                                           *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>CEDRIC LODGE<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  4:23-CR-159-MWB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CEDRIC LODGE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy (18:371), et al

Date: 06/13/2023

*s/ Nicole R. Reynolds*
*Issuing officer's signature*

City and state: Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*